**23-52799**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 MAR 24  AM 10: 59

M. REGINA THOMAS
CLERK

BY_____
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                           :
   ANUSHA PALLAMREDDY,          :    Case No. _____
                                                        :    Chapter  7
          Debtor              :
                                                          :

**STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))**

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[✔] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[ ] Other _____

Dated: 03/24/2023                          _____Anusha P._____
                                                          Debtor